**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

BART CHRISTINE; BROOKE CHRISTINE;                                    PLAINTIFFS
and BTC FARMS

v.                                      No. 2:14CV00115 JLH

REGIONS FINANCIAL CORPORATION                                       DEFENDANT

<u>**ORDER**</u>

Pursuant to the notice of dismissal filed by the plaintiffs, this action is hereby dismissed

without prejudice.  Document #5.

IT IS SO ORDERED this 15th day of October, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE